87,568-01

CAUSE NO. 146300601010/#146300501010

EX PARTE: §

SONNY LEE RANGEL § IN THE
#2049899 § 185th JUDICIAL
§ DISTRICT COURT
V. § OF HARRIS COUNTY,
§ TEXAS
CHRIS DANIEL, DISTRICT CLERK §
RESPONDENT §

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2017

Deana Williamson, Clerk

A.    APPLICATION FOR WRIT
OF MANDAMUS

TO THE HONORABLE
JUDGE OF SAID COURT: Comes now, Sonny Lee Rangel Relator, prose in
the above-styled and numbered cause and files this Original Application
For Writ of Mandamus, pursuant to Article 11.07 Section 3(c) of Texas
Code of Criminal Procedure and would show the Court the following:

B.   I. RELATOR

SONNY LEE RANGEL, TDCJ#2049899, is incarcerated in the TDCJ and is
appearing prose, who can be located at LUTHER UNIT, 1800 LUTHER DRIVE
NAVASOTA, TX 77868, bunk 9-30C-DORM. Relator has exhausted his remedies
and has no other adequate at remedy law. TCCP Art. 11.07 Section 3(c)
requires Respondent to immediately transmit to the Court of Criminal
Appeals an application for Writ of Habeas Corpus, any answers filed,
and a Certificate reciting the date upon which finding was made.

I.    RELATOR

No copies of application for Writ of Habeas Corpus, or a Certificate
reciting the date upon which that finding was made have been transmitted
to the Court of Criminal Appeals, had such documents been transmitted
to the Court of Criminal Appeals by Respondent as required by 11.07
statue, Relator would have recieved notice from the Court of Criminal
Appeals.

C.   II. RESPONDENT'S DUTIES

Respondent, Chris Daniel, as District Clerk of Harris County, Texas

pg. 1

has a ministerial duty to receive and fill a papers in a criminal proceeding, and perform all other duties imposed on the clerk by law Article. 2.21, an is responsible under Art 11.07 se 3(c) to immediately transmit to the Court of Criminal Appeals a copy of the application for Write of Habeas Corpus, any answers filed and a Certificate reciting the date upon which that finding was made if the convicting courts decides that there are no issues to be resolved.

### D.   III. VIOLATION OF ARTICLE 11.07 OF TEXAS CODE OF CRIMINAL PROCEDURE

The Respondent violated Article 11.07 § 3(c) of the Texas Code of Criminal Procedure/Violation of 11.07 sec 3(D) to resolve any unresolved issue an designate a hearing pursuant to this article.

### D.    III. VIOLATION OF ART 11.07 Sec 3(d)

As stated in the previous pg 2 Violation of Article 11.07 sec 3(d), States 20 days are allowed for the State to reply, designating the issues of fact to be resolved. An the Court Reporter who is designated to transcribe a hearing within 15 days pursuant to this article, an copies of the application, an answers filed, an offical records of the hearing used by the Court in resolving issues of fact. Pursuant Art 11.07 Sec 3(d) Relator, Sonny Lee Rangel, filed an Writ of Habeas Corpus 11.07 on September 26, 2016 an another #1st 146300601010, Writ of Habeas Corpus 11.07 2nd Cause #2nd 146300501010, Finding of Facts were concluded an unsolved, Violating Article 11.07 Sec 3(d), 11.07 Sec 7. Respondent has wholly failed to comply with the Texas Code of Criminal Procedure 11.07 Sec 3(c) an 11.07 Sec 3(d) is acting in bad faith an has failed to afford Relator the proffessional and common courtesy of any written responses to his correspondence and requests. To rule on Sonny Lee Rangel 2x 11.07 Writs time has elaped to resolve these issues violating Relator's Due Process on 14th Amendment to the U.S. Constitution an Article 2.03 Neglect of Duty.

IV.

## D. PRAYER FOR RELIEF

Wherefore, Premises Considered, Relator, Sonny Lee Rangel, prose, respectfully request a finding that the Respondent an the 185th JUDICIAL DISTRICT, HARRIS COUNTY, in Violation Art 11.07 Sec 3(c) an 11.07 Sec 3(d) Rule on Writ cause #146300601010 an #146300501010 an resolve the issue an unsolved issues time has elaped.

## E. INMATE DECLARATION

I, Sonny Lee Rangel, am being presently Incarcerated in TDC UNIT LUTHER UNIT P2, declare under penalty of perjury that according to my belief the facts stated in the above Application For Writ of Mandamus, are true and correct.

Respectfully Submitted _OCTOBER 13th_, 2017

X _Sonny Rangel_

## F. CERTIFICATE OF SERVICE

I, Sonny Lee Rangel, certify that a copy of the foregoing Application For Writ of Mandamus, have been mailed and delivered to District Attorney Kim Ogg 1201 Franklin St. Ste 600 Houston, Tx 77002/District Clerk Chris Daniel Civil Courthouse, 201 Caroline St. Ste 420 77002, PO Box 4651 Houston, Tx 77210/Court of Criminal Appeals of TX, PO Box 12308 CAPITAL STATION AUSTIN, TEXAS 78711 on _OCTOBER 13th_, 2017.

LUTHER UNIT    #2049899    X _Sonny Rangel_
                                    Prose

pg. 3